# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Elijah James Gaddy,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:05-cv-177-2/3:03-cr-109-2

USA ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/3/05 Order.

May 3, 2005

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*

Betsy Wallace, Deputy Clerk